# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN M. WEATHERS, et al., <br><br> v. <br><br> THE SCHOOL DISTRICT OF PHILADELPHIA, et al. | CIVIL ACTION <br><br> NO. 18-3982 |

## ORDER

**AND NOW** this 18th day of March, 2019, upon consideration of Plaintiffs' Motion to Sever and Remand (ECF 7), the Response and Reply thereto, and oral argument, and for the reasons set out in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 18\18-3982 Weathers v School District of Phila\18cv3982 Order re Motion to Sever and Remand 03152019.doc