# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN M. WEATHERS, et al.,**<br><br>    v.<br><br>**THE SCHOOL DISTRICT OF PHILADELPHIA, et al.** | **CIVIL ACTION**<br><br>**NO. 18-3982** |

## ORDER

**AND NOW**, this 17th day of August 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF 38), Plaintiff's response (ECF 40), the District's reply (ECF 42), a hearing, and the parties' supplemental briefing; and for the reasons given in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion is **GRANTED** as to Count III and **DENIED** as to Count IV; and

2. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania.

BY THE COURT:

s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 18\18-3982 Weathers v School District of Phila\18cv3982 Order re Motion for Summary Judgment.docx